FILED: August 18, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 25-1958
(1:25-cv-02029-TTC)

_____

In re: GEORGE MCDERMOTT

       Petitioner

---

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Date Petition Filed: | 08/15/2025 |
| Petitioner | George McDermott |
| Appellate Case Number | 25-1958 |
| Case Manager | Anisha Walker<br>804-916-2702 |