> Again. To preserve the record this court meeting notice by certified USPS mail, 08/12/2025 at 10:45 AM clerk of this court refused to give their name by USPS CERT mail art # 9589-0710-5270-2912-6984-02

# IN THE UNITED STATES Court of Appeals Richmond Virginia
## CASE NO. TO BE ASSIGNED This Court _____ hello are you doing what

## FROM OUR US COURT OF APPEALS – MD & CASE # 25 – 2029

**MANDAMUS AND EXTRAORDINARY RELIEF UNDER FRCP RULE 21 (1). NOTICE IS REQUIRED UNDER THE ALL WRITS ACT, 28 U.S.C. § 1651(A) PUTTING THIS COURT OFFICIALLY ON RECORD AS IT. THIS COURT CLERK'S OFFICE APPEARS TO BE JOINING THE SUBVERSIVE ACTS OF THE DEFENDANT CORPORATIONS TREATING THE U.S.A. INC. A.K.A. THE UNITED STATES OF AMERICA, INC. THROUGH ITS ALLEGED CURRENT CEO DONALD JOHN TRUMP AT AL.**

Now comes George McDermott through the motion practice of this court submitting formal notice to this clerk's office and the court that pursuant to FRCP R. 21 (1) and 28 USC § 6051 (A). It is become exceedingly evident that this court clerk's office now appears to be working in conjunction with the clerk's offices in the USDC – MD court case # 1:-cv-2029-TTC as well as the USDC – DC case # 1:-cv-2222 as well as the USDC-DC- COA clerks offices to inhibit and obstruct. Petitioner's right to due process, right to a jury trial, and right to appeal before a impartial judicial tribunal. ("As FRCP rule 1. Clearly states").

### Rule 1. Scope and Purpose
These rules govern the procedure in all civil actions and proceedings in the United States district courts, except as stated in Rule 81. They should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding.

1. Petitioner/appellant based on newly discovered evidence that the courts listed above in their clerks offices have and are engaged in falsification of the name court records, failing to docket pleadings, engaging in mail fraud activities by sending out forge falsified unsigned, judgments with the intent to deceive, with malice and intent as well as malice in law as agent of the defendants to obstruct impede and obstruct justice through the falsification of corporate business documents as petitioner has recorded on videos posted at Maryland court watch YouTube site @ https://www.youtube.com/watch?v=PIBZbOtJScQ also

https://www.youtube.com/shorts/0EHqsfbpo7I. https://youtu.be/B_7BQ2kV6Uw.

Background of the All Writs Act. — The All Writs Act is a short but potent statute. 28 citing U.S.C. § 1651(a) (2012). The full text states that "[t]he Supreme Court and all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." Id.

Page 1

> Again. To preserve the record this court meeting notice by certified USPS mail, 08/12/2025 at 10:45 AM clerk of this court refused to give their name by USPS CERT mail art # 9589-0710-5270-2912-6984-02

2. Petitioner as of 08/12/2025 contacted the clerk's office of this court that claims not to have received petitioner's notice of appeal. The District Court refuses to post the notice of appeal, thereby necessitating this petition for writ of mandamus formal notice required to be sent to this court again by USPS CERT mail art # 9589-0710-5270-2912-6984-02 sent this 12th day of August 2025. Notice is given and received on petitioner's intent to file a writ of mandamus to compel the courts to identify their legal jurisdiction and authority, their corporate affiliations, and that of court clerks to illegally withhold filing of petitioner's filing under color of law and order thereby nullifying their alleged **unofficial judicial acts. F/N-2.**

> F/N-2.  As stated in Cooper v. Aarron, 358 U. S. 385 1 U.S. (1958) ("makes it clear that this Court's decisions find all federal and state tribunals, United States v. Shiff. 203U.S. 563 (1909) exemplifies the court's inherent authority – including its criminal contempt power – to enforce its mandate to protect litigants 'constitutional rights; together these cases from this courts supervisory jurisdiction to ensure the enforcement of federal only protected rights.

10 AM August 12, 2025 this court clerk's office cannot locate the appeal even though his been noticed in numerous courts giving the appearance that this court clerk's office is now working in consort one with another with all the lower courts in a conspiracy against the legal and civil rights of the appellant which will be addressed under a additional claim pursuant to 42 USC 1983 deprivation of legal and civil rights under color of law against court officers who have through their negligence and malfeasance waived any legal immunity they might have had had they acted in accordance with their oath of office, the judicial bond as employees of defendant corporations and affiliates.

4. In summation the rules state that a litigant must file notice with the lower court before filing a petition for writ of mandamus and the court of federal claims. Jurisdiction is a cornerstone of justice and the actions and inactions of the defendants create a liability with their corporate leaders'.

> The Tucker Act, enacted in 1887, is a U.S. federal law that allows individuals to sue the United States government for monetary damages, primarily for contract breaches and certain types of property takings. It primarily grants jurisdiction to the U.S. Court of Federal Claims for claims exceeding $10,000 and allows concurrent jurisdiction with federal district courts for claims of $10,000 or less. This and the US District Court failure to act in good faith. This means court agents have waived their sovereign immunity for engaging in insurrection against the Constitution and rule of law.**Waiver of Sovereign Immunity: The Tucker**

> Again. To preserve the record this court meeting notice by certified USPS mail, 08/12/2025 at 10:45 AM clerk of this court refused to give their name by USPS CERT mail art # 9589-0710-5270-2912-6984-02

<u>Act specifically allows suits against the United States for claims founded upon the Constitution, any Act of Congress, any regulation of an executive department, or any express or implied contract.</u>

5. Affidavit of truth. At 10:45 AM on August 12, 2025 received a call from the clerk's office in Richmond Virginia Court of Appeals. Has no record of acknowledgment or receipt of notice of appeal which was received by certified USPS mail attached is a copy of the article in question, again the current clerk of the court refused to identify her position, her name, her employee ID number, all required under the Federal Rules of Civil Procedure as this agent is a employee of the defendant corporations suppressing evidence in a consolidated RICO conspiracy with the defendants corporations and the plaintiffs courts which which are in have been 32 years engaged in economic and legal terrorism against the appellant see [ATT-1] are now under charges by the parent corporation and its agents with Isis and the attorney acting US attorney General Bondi. Office proceeding under bad faith to undermine our Constitution and rule of law.

Respectfully submitted

*[signature]*

George Edward McDermott. All rights reserved UCC 1-101, 102, 201, 306,-308

Certificate of service. I George McDermott certified that on this 08/12/2025 true and correct copy of the motion and exhibits were filed by email to the parties listed on this and companion court's also involved in this conspiracy was sent by electronic means to the following parties to be noticed.
brendan.t.moore@usdoj.gov, ,Zachary Aaron as parties to be served Cardin,elizabeth.t.hedges@usdoj.gov, andrew.lawrence@clementmurphy.com,matthew.rowen@clementmurphy.com,paul.clement@clementmurphy.com,Georgemcdermott2018@gmail.com, stephen@sdslaw.us,pkahn@wc.com,mprebil@wc.com,hmstichel@rkwlawgroup.com,sklepper@kg-law.com. hmstichel@rkwlawgroup.com, mnicholson@wc.com, mprebil@wc.com, lblatt@wc.com, stephen@sdslaw.us, jsasso@wc.com. esielaff@wc.com, pkahn@wc.com, tephen@sdslaw.us brendan.t.moore@usdoj.gov, ,Zachary Aaron as parties to be served Cardin,elizabeth.t.hedges@usdoj.gov,andrew.lawrence@clementmurphy.com. matthew.rowen@clementmurphy.com, paul.clement@clementmurphy. com,Georgemcdermott2018@gmail.com,stephen@sdslaw.us pkahn@wc.com,mprebil@wc.com, hmstichel@rkwlawgroup.com,sklepper@kg-law.com. hmstichel@rkwlawgroup.com, mnicholson@wc.com, mprebil@wc.com, lblatt@wc.com, stephen@sdslaw.us, jsasso@wc.com. esielaff@wc.com, pkahn@wc.com, tephen@sdslaw.us BY *[signature]*

## PROOF COURT WAS NOTIFIED OF FILE OF APPEAL.
## CLERKS ARE REFUSING TO DOCKET APPEAL

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
Domestic Mail Only

Richmond, VA 23219

9589 0710 5270 2912 6963 89

IN THE CORPORATE COURT OF APPEALS FOR THE FOURTH CIRCUIT
1100 MAIN ST., RICHMOND, VA. 23219
CLERK'S OFFICE SUITE #-501

Once again it appears that mail fraud and destruction of records is even prevalent in this court. Who claims never to have received filings.

Additional copies to the clerk of the court for

USDC – MD court Greenbelt

USDC – DC clerk of the court Washington DC

US-COA – DC clerk of the court Washington DC

Page 3

Again. To preserve the record this court meeting notice by certified USPS mail, 08/12/2025 at 10:45 AM clerk of this court refused to give their name by USPS CERT mail art # 9589-0710-5270-2912-6984-02

Delivered/received by court by USPS CERT, mail art. # 9589-0710-5270-2912-6983-89

## IN THE CORPORATE COURT OF APPEALS FOR THE FOURTH CIRCUIT
VA. 23219 CLERK'S OFFICE SUITE #-501

In the matter [Please say that again] rmott Pro per.    *

HEREAFTER APPELLANT VS    *

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,    Plaintiffs, et al

           Vs

CHIEF JUDGE GEORGE L. RUSSELL III, in his official capacity; JUDGE ADAM B. ABELSON, in his official capacity; JUDGE RICHARD D. BENNETT, in his official capacity; JUDGE CATHERINE C. BLAKE, in her official capacity; JUDGE DEBORAH L. BOARDMAN, in her official capacity; JUDGE JAMES K. BREDAR, in his official capacity; **JUDGE DEBORAH K. CHASANOW, in her official capacity;** JUDGE THEODORE D. CHUANG, in his official capacity; JUDGE STEPHANIE A. GALLAGHER, in her official capacity; JUDGE LYDIA KAY GRIGGSBY, in her official capacity; JUDGE ELLEN L. HOLLANDER, in her official capacity; JUDGE BRENDAN A. HURSON, in his official capacity; JUDGE MATTHEW J. MADDOX, in his official capacity; JUDGE JULIE R. RUBIN, in her official capacity; JUDGE PAULA XINIS, in her official capacity; CATHERINE M. STAVLAS, Clerk of Court, in her official capacity; and UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND INK. (" A SOVEREIGN STATE")
   Defendants, et al. And

George Edward McDermott Senior and organic living human being. At 143 N. Huron Dr., Forest Heights, MD 20745

(301) 996-9577 email georgemcdermott2018@gmail.com

As a victim and permissive intervener of corporate plaintiffs and defendant's agents for the last 32 years proceeding under.

* Case number to be assigned
* 
* Number_____
* from USDC for Maryland
* Case. 1: 25 – CV – 2029- CIC
*
* Rule 24. Intervention
* (a) Intervention of Right. On timely motion, the court must permit anyone to intervene who:
* (1) is given an unconditional right to intervene by a federal statute; or
* (2) claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.
* (b) Permissive Intervention.
* (1) In General. On timely motion, the court may permit anyone to intervene who:
* (A) is given a conditional right to intervene by a federal statute; or
* (B) has a claim or defense that shares with the main action a common question of law or fact.
* (2) By a Government Officer or Agency. On timely motion, the court may permit a federal or state governmental officer or agency to intervene if a party's claim or defense is based on:
* (A) a statute or executive order administered by the officer or agency; or

28 USC 1654 statute law. 28 U.S.C. 1603 – 11. & FRCP Rule 3 (a)(b)(1)(2)(c)(2)(4)(5)(B)(6)(7),

---

# FORCED N-O-T-I-C-E OF A-P-P-E-A-L TO PROTECT INTEGRITY OF THE COURT WHICH REFUSES TO STATE ITS JURISDICTION AND AUTHORITY of its PURPORTED SPECIALLY ASSIGNED JUDGE THOMAS T CULLENS whose jurisdiction challenged 28 USC 1603

> Again. To preserve the record this court meeting notice by certified USPS mail, 08/12/2025 at 10:45 AM clerk of this court refused to give their name by USPS CERT mail art # 9589-0710-5270-2912-6984-02

Delivered/received by court by USPS CERT, mail art. # 9589-0710-5270-2912-6983-89

    Now comes George McDermott hereafter appellant in this court intervener in the lower court filing notice of appeal to the attention of the chief clerk Nwamaka Anowi and also Lewis F. Powell, Jr. putting this court on notice. That N-O-T-I-C-E of A-P-P-E-A-L was filed in the lower court on [Att. 1]. Containing (10 pages.) Along with appellant IFP application both supplied to the court clerk who refuses to put them on the docket. 25-2025 which on 07/30/2025 court <u>clerks</u> agent refused to produce certain identity or employee ID number only identifying herself as Yvonne with K. Nader agent of Catherine M. Stavlas. agent court clerk took documents saying they were subject to judicial review. These documents have never showed up on the court docket as required under FRCP rule 77 and 79. I am now furnishing new quote with today's docket [Att. 2] as proof of the of the record on appeal (1 page). Appellant is also furnishing his copy of motion for IFP designation. Which has been granted recently 06/12/2025 which the court clerks are trying to secret from the record, [Att. 3] containing (10 pages). <u>Finally</u> an example court clerk's agents committing mail fraud and falsification of an improper use of the court seal [Att. 4]. Prompting appellant to notify court superiors at the House Judiciary Committee [Att. 5].

1.    The notice to the Hon. Jamie Crockett was necessitated by the court clerks repeated instruction of justice in case being appealed 25-2029. Allegedly assigned to CJC, then again to foreign judge Thomas Collins. (TTC). Who has refused thus far to produce his credentials a special assignment order from Scotus Chief Judge Robert or any evidence that he is not just a hand. Pick agent of the Justice Department and Pam Bondi knowing his political affiliation, which was questioned in the lower court's docket [ECF 20, 21, and 22] as required under 28 U.S.C. 1603 which brings into question his authority to oversee this case of FIRST IMPRESSION LAW. Emphasis. FN-1

> F/N 1. Title 28 USC 1602-1611 (Foreign Sovereign Immunities Act) allows the jurisdiction of a court to be challenged, and a demand of proper jurisdiction to be stated. July 27th 1868 15 Statutes at Large Chapter 249 Section 1 "Acts Concerning American Citizens in a Foreign State", expatriation, is what is broken when jurisdiction is demanded, and it is not met with an answer. **Under the Federal Rules of Civil Procedure 12b 6 the prosecution has failed to provide adequate proof that the parties involved in this situation are actually corporate entities.** I have provided ample proof that the prosecution and other agents are actually corporations.

Again. To preserve the record this court meeting notice by certified USPS mail, 08/12/2025 at 10:45 AM clerk of this court refused to give their name by USPS CERT mail art # 9589-0710-5270-2912-6984-02

Delivered/received by court by USPS CERT, mail art. # 9589- 0710- 5270- 2912- 6983- 89

2.      Appellant is furnishing this record to the court as proof of the notice of appeal was filed along with a motion for waiver of fees in the lower court and a formal request for waiver of fees in this court's due to the 32 year long history of appellant in this court and the 32 years of economic terrorism caused by the court officers and agents who are now named in a federal antitrust lawsuit in the District of Columbia Case # 1: 25 – CV – 2222 – UNA which is the court clerks secret weapon against all pro se litigants to withhold assignment of judge or judges as a requirement of their employment contract, their oath of office, and or employee bond holders liability.

3.      Appellant is making this application simply asking at this court clerk assign a case number two this matter in accordance with the rules of the court. Emphasis added 5 U.S.C. § 101 - U.S. Code - Title 5. Government Organization and Employees § 101. Executive departments 1-28 U.S.C. § 295 (2012)., *Id.* § 294(d). Nicholle Stahl-Reisdorff, Fed. Jud. Ctr., The Use of visiting judges in the Federal District Courts: A Guide for Judges & Court Personnel (2001), the underlying case should not be allowed to move forward until the alleged judge (TTC) can produce the evidentiary proof his appointment was not tainted by partisan politics and that of the DOJ's agents abridging the rule of law.

4.      Surely this court is aware this is a case of FIRST IMPRESSION LAW worthy of this court's consideration for when else in history has the executive offices of the United States and its CEO/a.k.a. DONALD J TRUMP as a corporate CEO defined under US code **TITLE 28 USC 3002**

**citing SECTION 15A STATES THAT THE UNITED STATES IS A FEDERAL CORPORATION AND NOT A GOVERNMENT, INCLUDING THE JUDICIARY PROCEDURAL SECTION.** On october 9th 1945 International Organization Immunities Act relinquished every public office of the United States to the United Nations. 22 CFR 92.12-92.31 FR Heading "Foreign Relationship" states that an oath is required to take office. See. TITLE 28 USC 3002 SECTION 15A STATES THAT THE UNITED STATES IS A FEDERAL CORPORATION AND NOT A GOVERNMENT, INCLUDING THE JUDICIARY PROCEDURAL SECTION December 9th 1945 International Organization Immunities Act relinquished every public office of the United States to the United Nations. 22 CFR 92.12-92.31 FR Heading "Foreign Relationship" states that an oath is required to take office.

Whereas this CEO and his cabinet assigns have engaged in actions subversive to the Constitution and rule of law overwriting Congress, the judicial branch with his illegal executive orders.

Again. To preserve the record this court meeting notice by certified USPS mail, 08/12/2025 at 10:45 AM clerk of this court refused to give their name by USPS CERT mail art # 9589-0710-5270-2912-6984-02

Delivered/received by court by USPS CERT, mail art. # 9589-0710-5270-2912-6983-89

5. Nwamaka Anowi and also Lewis F. Powell, Jr. I now respectfully request this court to issue a case number for this appeal and as a perk of the lower court refuses to accept filings from the appellant ordered the lower court to reinstate all filings of the appellant, the clerk of the court to order the lower court to answer certification of a question of law as to the legal standing and legal assignment of alleged judge Thomas T. Cullens. As even the plaintiffs in the case have designated in their first filing claiming the case was in a (foreign jurisdiction) then seeking relief from the judges of this court appellant is entitled to all records [ECF – 6] designating the Chief Justice of this court George Leavy Russell III as the authorizing agent appellant now would like to court to produce a copy of all correspondence from all agents of the courts in MD, DOJ officials and any correspondence the court may have received from the CEO of the Corporation it agent Donald John Trump. Which will be needed before this case can proceed further. As proof of the official record

| 06/26/2025 |   | Case reassigned to Chief Judge George Levi Russell, III for administrative purposes. Magistrate Judge Chelsea J. Crawford no longer assigned to the case. (dees, Deputy Clerk) (Entered: 06/26/2025) |
| --- | --- | --- |
| 06/26/2025 | 6 | ORDER REFERRING 2 MOTION to Transfer Case filed by United States of America, United States Department of Homeland Security to the Chief Judge of the United States Court of Appeals for the Fourth Circuit. Signed by Chief Judge George Levi Russell, III on 6/26/2025. (dees, Deputy Clerk) (Entered: 06/26/2025) |
| 07/02/2025 |   | Case Reassigned to Judge Thomas T Cullen. Chief Judge George Levi Russell, III no longer assigned to the case. (dks, Deputy Clerk) (Entered: 07/02/2025) |

. Appellant now respectfully request the court to issue an order allowing appellant to file electronically due to economic means beyond his control caused by 32 years of this court's negligent conduct which the appellant would now have to the court clerk could provide copy of all appeals #s only which appellant's name appears in from 1996 to present under FRCP rule 1. F/N.2

F/N- 2. See An Act to Amend the Judicial Code to Authorize the Chief Justice of the United States to Assign Circuit Judges to Temporary Duty in Circuits Other Than Their Own of Dec. 29, 1942, 56 Stat. 1094. As for the remaining expansions of the practice, 1942 was also the year in which judges of the Court of Customs and Patent Appeals were authorized to serve on the courts of appeals. See id. The chief justice was authorized to assign district judges to courts of appeals of other circuits in 1948. See 62 Stat. 901 (1948). And the Court of International Trade judges could be assigned to district courts or the courts of appeals from that court's inception in 1980. See 94 Stat. 1727 (1980). (1) See Admin. Off. U.S. Cts. Judicial Business of the United States Courts: 2021 Annual Report of the Director, tbl.V-2.

Again. To preserve the record this court meeting notice by certified USPS mail, 08/12/2025 at 10:45 AM clerk of this court refused to give their name by USPS CERT mail art # 9589-0710-5270-2912-6984-02

Delivered/received by court by USPS CERT, mail art. # 9589-0710-5270-2912-6983-89

6. In conclusion. Federal rules state when a party in federal litigation files and is granted IFP designation the clerks of the court shall notify all parties to the proceeding FRCP rule 4-5 (c). Appellant respectfully request the court to confirm or deny this rule applies to this appellant and why it may not. In a written statement signed by article 3 judicial officer. An verifiable form along with the officers photocopy of appointment recorded with the Department of Justice and national archives as a matter of law.

1. In summation, submit an original signed notice of appeal to this court. Due to poverty caused by this court's 32 years of economic terrorism which could have been prevented in 1996 through plaintiff's first filing has archived records in the national archives attest to the court was given more than ample evidence of USBC for MD have allowed a County circuit judge to clandestinely appear as a federal bankruptcy judge in 1996 in case number 88 – 42746 – p.m. yet courts: joined with Mafia agents in the Maryland state court systems to deny all justice to the appellant now going on 32 years, the record is made and appellant will defend the record which he will support with 1600 videos plus plus. In the United States District Court District of Columbia case 1: 25 – CV – 2222. With the court clerk there still read refuses to allow pro se's case to be assigned to a article 3 judge through the judicial selection wheel which may require filing a writ of mandamus in the DC – COA, to compel court compliance with the rules.

Appellant will await the court's decision on the request made and any orders or deficiency notices the clerk may file on the record which appellant will immediately correct in accordance with the rules of this court. Respectfully submitted

Respectfully submitted

Signed Original received according to USPS tracking records

George Edward Mc Dermott. All rights reserved UCC1-101, 102, 202, 306- 308 FRCP rule 1-87.

Certificate of service. I George McDermott a true and correct copy of this document was filed by email on the following parties listed on the lower court docket this 08/01/25 by_____
brendan.t.moore@usdoj.gov, elizabeth.t.hedges@usdoj.gov andrew.lawrence@clementmurphy.com. matthew.rowen@clementmurphy.com, paul.clement@clementmurphy.com stephen@sdslaw.us pkahn@wc.com mprebil@wc.com hmstichel@rkwlawgroup.com sklepper@kg-law.com

RECEIVED

2025 AUG 15 A 1:41

U.S. COURT OF APPEALS
FOURTH CIRCUIT

143 N. Huron Dr.
Forest Heights MD 20745

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

9589 0710 5270 2912 6984 02

Retail



UNITED STATES POSTAL SERVICE

23219

RDC 99



U.S. POSTAGE PAID
FCM LETTER
GREENBELT, MD 20770
AUG 12, 2025

$6.37

S2324D501156-11

United States Court of Appeals
for the Fourth Circuit 1100 Main St.,
Richmond, VA 23219
clerk's office suite # 501

23219-351799