## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 18, 2025

_____

DOCKET CORRECTION NOTICE

_____

No. 25-1958,   <u>In re: George McDermott</u>
               1:25-cv-02029-TTC

TO:    George  McDermott

CERTIFICATE DUE:  August 28, 2025

Under FRAP 21(a)(1), you must serve your petition for writ of mandamus on:

[x] the trial court judge (**Note: Service on the district court is not sufficient. The petition must be served on the individual judge the action is being sought against.**)

Please serve your petition as indicated above and file the attached certificate of service with the court of appeals by the due date shown.

Anisha Walker, Deputy Clerk
804-916-2702

_____

## CERTIFICATE OF SERVICE

_____

No. 25-1958,   <u>In re: George McDermott</u>
1:25-cv-02029-TTC

I certify that my petition for writ of mandamus / prohibition was served as follows:

(provide date of service) _____

(select manner of service) [   ] by mail; [   ] by commercial carrier; [   ] in person

(provide name(s) and address(es) of trial court judge and/or parties served):

_____

_____

_____

_____

_____

_____

_____          _____
Signature                                                                     Date