FILED: October 9, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————————

No. 25-1958
(1:25-cv-02029-TTC)

———————————————

In re: GEORGE E. MCDERMOTT

    Petitioner

———————————————

O R D E R

———————————————

The court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk